Thomas I. Rozsa, State Bar No. 080615
**ROZSA LAW GROUP LC**
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992
Email: tom@rozsalaw.com

Attorney for Plaintiff
Natural Balance Pet Foods, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Natural Balance Pet Foods, Inc. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Royal Canin U.S.A., Inc., a Delaware corporation; and DOES 1 through 9, Inclusive,<br><br>Defendants. | Case No.<br>**CV 07-07262 SJO (AGRx)**<br>**ORDER**<br><br>Hon. S. James Otero<br>Courtroom: 880 |
| RELATED COUNTERCLAIM | |

The dismissal of the Second Amended Complaint with Prejudice, dismissal of the Counterclaim with prejudice, and agreement of the Court to retain jurisdiction to enforce the terms and conditions of the Settlement Agreement are hereby approved.

**IT IS SO ORDERED:**

    10/24/08        /S/ S. James Otero

Dated: _____    _____
                                      J. James Otero
                                      United States District Judge

Respectfully submitted,

**ROZSA LAW GROUP LC**

By: _____
    Thomas I. Rozsa
    Attorney for Plaintiff

By: _____
    Thomas A. Canova
    Attorney for Defendant